# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

STACY NEWMAN,

    Plaintiff,                           CASE NO. 08-CV-11883

v.                                      DISTRICT JUDGE LAWRENCE ZATKOFF
                                        MAGISTRATE JUDGE CHARLES BINDER

WARREN C. EVANS, Wayne County
Sheriff; JOHN DOE, Wayne County
Jail Medical Staff; JOHN DOE, Wayne
County Officials;

    Defendants.
_____/

## ORDER ALLOWING CONFERENCE AND DEPOSITION
## TO TAKE PLACE IN PRISON/JAIL

This *pro se* prisoner civil rights case was referred to the undersigned magistrate judge for pretrial proceedings on May 9, 2008. (Dkt. 4.) The matter is now before the Court on Defendant's Ex-Parte Motion to allow Rule 26 Conference and Plaintiff's Deposition in Prison. (Dkt. 11.)

**IT IS ORDERED THAT**, pursuant to Fed. R. Civ. P. 26(f), Defense counsel may meet and confer with Plaintiff in the Michigan Department of Corrections Facility for purpose of discussing the pending lawsuit, discovery and developing a discovery plan;

**IT IS FURTHER ORDERED THAT**, pursuant to Fed. R. Civ. P. 30(a), Defense counsel may take the deposition upon oral examination of Plaintiff who is presently a prisoner serving a sentence under the jurisdiction of the Michigan Department of Corrections;

**IT IS FURTHER ORDERED THAT** the MDOC shall have control over the location of the deposition and whether the deposition takes place;

**FINALLY, IT IS ORDERED THAT** attendees shall include Plaintiff, Defense Counsel, the Court Reporter and (if approved by the MDOC) a member of Wayne County Corporation Counsel such as a Legal Assistant, Paralegal or the like.

**IT IS SO ORDERED.**

                                                  s/ *Charles E Binder*
                                                  CHARLES E. BINDER
Dated: June 13, 2008                         United States Magistrate Judge

**CERTIFICATION**

I hereby certify that this Order was electronically filed this date, electronically served on Judge Zatkoff and Karie Boylan, and served on Stacy Newman by First-Class Mail.

Dated: June 13, 2008     By  s/Mimi D. Bartkowiak
                                             Law Clerk to Magistrate Judge Binder