UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACY NEWMAN,

    Plaintiff,

vs.

    CASE NO. 08-11883
    HON. LAWRENCE P. ZATKOFF
    MAGISTRATE JUDGE CHARLES E. BINDER

WARREN C. EVANS, Wayne County
Sheriff, JOHN DOE, Wayne County
Jail Medical Staff, and JOHN DOE,
Wayne County Officials,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on Magistrate Judge Binder's Report and Recommendation [dkt 48] of February 27, 2009, in which the Magistrate Judge recommends denying Plaintiff's motion for summary judgment [dkt 40], granting Defendant Warren C. Evans's motion for summary judgment [dkt 41], and dismissing the case in its entirety with prejudice. Plaintiff has not filed an objection to the Report and Recommendation and the time period within which he may file an objection has lapsed. The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Therefore, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that Defendants Warren C. Evans's motion for summary judgment is GRANTED and Plaintiff's complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  March 27, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 27, 2009.

S/Marie E. Verlinde
Case Manager
(810) 984-3290